# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, COMPANY OF AMERICA | : Civil Action No: 1:21-cv-04023-EK-RLM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| AMGUARD INSURANCE COMPANY | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, Travelers Property Casualty Company of America ("Plaintiff"), and Defendant, AmGUARD Insurance Company ("Defendant"), (collectively the "Parties"), pursuant to F.R.C.P. 41, that the above-captioned action is hereby dismissed with prejudice against the Defendant.

IT IS FURTHER STIPULATED AND AGREED by and between the Parties, that no party to this stipulation is an infant or incompetent.

This stipulation may be executed in counterparts.

Dated: New York, New York
June 22, 2022

| | |
|---|---|
| SMITH MAZURE, P.C. | USERY & ASSOCIATES |
| By: /s/Joel M. Simon | By: /s/Brent S. Usery |
| Joel M. Simon, Esq. | Brent S. Usery, Esq. |
| *Attorneys for Defendant,* | *Attorneys for Plaintiff Travelers* |
| *AmGUARD Insurance Company* | *Property Casualty Company of America* |
| 111 John Street | Direct: 917.778.6415 |
| New York, NY 10038 | Fax: 844.571-3789 |
| T: (212) 964-7400 | Email: busery@travelers.com |
| jsimon@smithmazure.com | |

1

<u>Please address all correspondence sent by mail to:</u>
P.O. Box 2996
Hartford, CT 06104-2996

<u>Physical Address:</u>
485 Lexington Avenue, 7th Floor
New York NY 10017
